UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| DEMARCUS BURSE, | ) | |
| | ) | |
| Petitioner, | ) | 2:11-cv-00674-KJD-RJJ |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| JOE PONTE, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

This petition for writ of habeas corpus was served on respondents on June 22, 2011 (docket #6). That Order was also served on petitioner at his address of record, but was returned by the U.S. Postal Service as undeliverable with the notation "Not NSDC [Nevada Southern Detention Center] Detainee" (docket #8). Respondents filed their opposition to the petition on August 2, 2011 (docket #9). More than the allotted time has passed, and petitioner has failed to respond in any manner.

Pursuant to Rule 2-2 of the Local Rules of Special Proceedings and Appeals, a *pro se* litigant is required to keep the court apprised of his or her current address at all times. Local Rule 2-2 states: "The plaintiff shall immediately file with the court written notification of any change of address. The notification must include proof of service upon each opposing party or the party's attorney. Failure to comply with this rule may result in dismissal of the action with prejudice." Accordingly, as plaintiff has failed to file written notification of change of address with the court, this action is dismissed.

**IT IS THEREFORE ORDERED** that this petition for writ of habeas corpus is **DISMISSED without prejudice**.

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

DATED:  September 27, 2011

_____
UNITED STATES DISTRICT JUDGE